IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FLUET & ASSOCIATES, PLLC,   )<br>                                                         )<br>           Plaintiff,                            )<br>                                                         )<br>   v.                                                )   Case No. 1:24-cv-00340<br>                                                         )<br>U.S. DEP'T OF TREASURY, *ET AL.*,   )<br>                                                         )<br>           Defendants.                      )<br>_____) | |

## **STATUS REPORT**

Pursuant to the Court's June 18, 2024 Order, Defendants U.S. Department of the Treasury and Internal Revenue Service submit the following status report:

On February 5, 2024, Plaintiff filed a Complaint against Defendants under the Freedom of Information Act ("FOIA") seeking records in response to FOIA requests sent to Defendants. (ECF No. 1.) Defendants answered the Complaint on April 17, 2024. (ECF No. 8.) Since filing their Answer, both Defendants have searched for records responsive to Plaintiff's requests. The status of those searches is as follows:

**U.S. Department of the Treasury**

Pursuant to the Court's order of June 18, 2024, Treasury reviewed 816 pages potentially responsive to the request. Of those 816 pages, 410 pages were determined to be non-responsive, and 406 pages were determined duplicates. The remaining 5 pages were responsive and Treasury released them in part (with redactions).

**Internal Revenue Service**

As part of its search for potentially responsive records, the Service proposed that Plaintiff rescope several of the items in its FOIA requests. On June 16, 2024, Plaintiff accepted the

Service's rescoping proposals, and Defendants' counsel informed the Service of the rescoped items the same day. On July 16, 2024, Defendants sent Plaintiff a full summary of the Service's conclusions for each of the 25 items in Plaintiff's FOIA requests. Once Plaintiff has informed Defendants whether they wish to accept these conclusions, provide clarification, or propose additional rescoping, the Service will be able to provide a more complete picture of the total number of responsive records to be reviewed.

In the meantime, the Service has been working with their primary custodians to upload and image the records they have located thus far to their Relativity database. Currently, the Service anticipates beginning its release of responsive, non-exempt records by early September.

Dated: July 17, 2024                                Respectfully submitted,

                                                          DAVID A. HUBBERT
                                                          Deputy Assistant Attorney General

                                                          By: /s/ *Anna A. Miller*
                                                          ANNA A. MILLER
                                                          D.C. Bar Number 252760
                                                          AMANDA K. TOMACK
                                                          D.C. Bar Number 1743288
                                                          Trial Attorneys, Tax Division
                                                          U.S. Department of Justice
                                                          P.O. Box 227
                                                          Washington, D.C. 20044
                                                          Telephone: (202) 514-6068 (AAM)
                                                          Telephone: 202-307-6416 (AKT)
                                                          Facsimile: (202) 514-6866
                                                          Anna.A.Miller@usdoj.gov
                                                          Amanda.K.Tomack@usdoj.gov

                                                          *Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 17th day of July, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice to all registered to receive it.

> */s/ Anna A. Miller*
> ANNA A. MILLER
> Trial Attorney
> United States Department of Justice, Tax Division