**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| FLUET & ASSOCIATES, PLLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 1:24-cv-00340 |
| | ) | |
| U.S. DEP'T OF TREASURY, *ET AL.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**NOTICE OF APPEARANCE OF AMANDA K. TOMACK**

Please enter the appearance of Amanda K. Tomack, Trial Attorney, United States

Department of Justice, Tax Division, in the above-captioned matter, as counsel of records for the

Defendants, United States Department of Treasury and Internal Revenue Service.

Dated: September 23, 2024

Respectfully submitted,

DAVID A. HUBBERT
Deputy Assistant Attorney General

By: /s/ *Amanda K. Tomack*
AMANDA K. TOMACK
D.C. Bar Number 1743288
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, D.C. 20044
Telephone: 202-307-6416 (AKT)
Facsimile: (202) 514-6866
Amanda.K.Tomack@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of September, 2024, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notice to all registered to receive it.

/s/ Amanda K. Tomack
AMANDA K. TOMACK
Trial Attorney
United States Department of Justice, Tax Division